Case 3:19-cv-00145   Document 28   Filed on 11/12/20 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| IN THE MATTTER OF G&H TOWING COMPANY, ET AL. | § § § § § § § § | CIVIL ACTION NO. 3:19-CV-145 |

## ORDER OF DISMISSAL

On November 10, 2020, the parties jointly filed a stipulation of dismissal with prejudice (Dkt. 27) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The court acknowledges the stipulation.

Accordingly, it is hereby ordered that all claims asserted against any party in the above-captioned lawsuit are hereby dismissed with prejudice to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

Signed on Galveston Island this 12th day of November, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE